```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                              :
YU LING SHEN,                                   :
           Plaintiff,                   :
                                          :        **ORDER**
        -v-                               :
                                          :        17-CV-1556 (JLC)
XUE MEI CHEN, "JOHN" DONG, and      :
466 AMAZE CORP., d/b/a AMAZE         :
FUSION LOUNGE,                           :
                                          :
           Defendants.                :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The parties in this wage-and-hour case have consented to my jurisdiction under 28 U.S.C. § 636(c) for purposes of reviewing their proposed settlement (Dkt. No. 44) and have now submitted a letter in support of settlement (Dkt. No. 42) along with their proposed settlement agreement (Dkt. No. 42-1) for my approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Courts generally recognize a "strong presumption in favor of finding a settlement fair" in cases like this one brought under the Fair Labor Standards Act ("FLSA"), as they are "not in as good a position as the parties to determine the reasonableness of an FLSA settlement." *Souza v. 65 St. Marks Bistro*, No. 15-CV-327 (JLC), 2015 WL 7271747, at *4 (S.D.N.Y. Nov. 6, 2015) (citation omitted).

      Having carefully reviewed the letter in support of settlement as well as the proposed settlement agreement, the Court finds that all of the terms of the proposed settlement (including the allocation of attorneys' fees and costs) appear to be fair and reasonable under the totality of the circumstances (and in light of the factors enumerated in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012)). Accordingly, the settlement is hereby approved.

Consistent with its terms, the Court will retain jurisdiction over the settlement agreement for purposes of its enforcement. The Clerk is respectfully directed to close this case.

**SO ORDERED.**

Dated: New York, New York
July 16, 2018

_____
JAMES L. COTT
United States Magistrate Judge